# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                  :   NO. 937
                                        :
ORDER ADOPTING RULES 138 AND            :   SUPREME COURT RULES DOCKET
1138 OF THE PENNSYLVANIA RULES          :
OF JUVENILE COURT PROCEDURE             :


## ORDER


**PER CURIAM**

    **AND NOW**, this 13th day of February, 2023, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rules of Juvenile Court Procedure 138 and 1138 are adopted in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective on April 1, 2023.